JUDGE ROBERT S. LASNIK
MAGISTRATE JUDGE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>TYQUAN BEAMON,<br><br>    Defendant. | NO. CR 13-372 RSL<br><br>ORDER PROVIDING TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285 |

The matter having come before the Court on the motion of David Hammerstad, counsel for Mr. Beamon, respectfully moving this Court for an order directing the United States Marshal to arrange for non-custodial transportation or fare for round-trip transportation from his home in Lancaster, California to Seattle, Washington for his arraignment on December 19, 2013, and the Court having considered the motion, which is unopposed by the Government, the Court finds that good cause exists for the motion; now, therefore,

IT IS HEREBY ORDERED that the Motion for Travel Expenses is granted. The U.S. Marshal shall arrange for non-custodial transportation from his home in Lancaster, CA to United States District Court in Seattle, Washington for his arraignment on December 19, 2013 @ 9:30 a.m. and for his return trip to Lancaster, CA, and provide per diem allowance for subsistence expenses not to exceed the amount authorized by section 5702(a) of title 5, United States Code.



13-CR-00372-AF

1 | DONE THIS 11th DAY OF DECEMBER 2013.

_____

THE HONORABLE ROBERT S. LASNIK

Presented by:

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1111 3rd Avenue, Suite 2220
Seattle, WA 98101
(206) 445-0215
(206) 682-3746 (fax)
david@hammerstadlaw.com