1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TYQUAN BEAMON,

    Defendant.

Case No.  CR13-372RSL

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

12
13
14
15

      This matter comes before the Court on defendant's "Amended Unopposed Motion to Continue Trial Date" (Dkt. # 20).  Having considered the facts set forth in the motion, defendant's knowing and voluntary waiver (Dkt. # 20-1), and remainder of the record, the Court finds as follows:

16
17
18

      1.    A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

19
20
21
22
23

      2.    The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

24
25

      IT IS THEREFORE ORDERED that the trial date shall be continued from February 24, 2014, to March 31, 2014.  The period of delay between the old trial date,

26

ORDER CONTINUING TRIAL DATE - 1

1   February 24, 2014, and the new trial date, March 31, 2014, is excluded for speedy trial
2   purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

    Pretrial motions are to be filed no later than February 21, 2014.

    DATED this 4th day of February, 2014.

                                             */s/ Robert S. Lasnik*
                                             Robert S. Lasnik
                                             United States District Judge

ORDER CONTINUING TRIAL DATE - 2